# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **CYNTHIA PAZOS and TREY HOFFMAN,** | * * * | **CIVIL ACTION NO. 11-202** |
| | * | **JUDGE: BROWN** |
| **Versus** | * * | **SECTION G** |
| **GLOBAL MEDICAL DIRECT, LLC,** *et al.* | * * | **MAG. JUDGE: SHUSHAN** **MAG. DIV. 1** |

* * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant Diabetic Health Agency, Inc. (with full reservation of any and all defenses and objections), through undersigned counsel, respectfully moves *ex parte*, pursuant to Local Rule 7.8, for an extension of time within which to plead or otherwise respond to the complaint filed by plaintiffs, representing as follows:

### I.

This action was filed on January 28, 2011.

### II.

Defendant Diabetic Health Agency, Inc. was served on November 30, 2013, and is currently required to file a responsive pleading on or before December 23, 2013.

### III.

Pursuant to Local Rule 7.8, Defendant respectfully requests a twenty-one day extension of time within which to respond to the complaint, which will make its response to the complaint due on or before January 13, 2014.

**IV.**

In accordance with Local Rule 7.8, defendant certifies through undersigned counsel that it has not previously been granted an extension of time to plead in response to the complaint and that the opposing parties, the Plaintiffs, have agreed to an extension of time. Defendant avers that the requested extension of time will not delay this matter.

WHEREFORE, defendant Diabetic Health Agency, Inc. prays that this Court grant its motion for an extension of time to file responsive pleadings, through and including January 13, 2014.

Respectfully submitted,

/s/      Thomas M. Flanagan
Thomas M. Flanagan (#19569)
Andy Dupre (#32437)
Anders F. Holmgren (#34597)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 2405
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

Attorneys for Diabetic Health Agency, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 23rd day of December, 2013, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

/s/      Thomas M. Flanagan