UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **CYNTHIA PAZOS and TREY HOFFMAN,** | * * * | **CIVIL ACTION NO. 11-202** |
| **Versus** | * * | **JUDGE:  BROWN** **SECTION G** |
| **GLOBAL MEDICAL DIRECT, LLC,** *et al.* | * * | **MAG. JUDGE:  SHUSHAN** **MAG. DIV. 1** |

* * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the foregoing unopposed motion for extension of time to file responsive pleadings,

IT IS ORDERED that the motion is **GRANTED**.  Defendant Diabetic Health Agency, Inc. shall have until January 13, 2014, to file pleadings responsive to the complaint in this matter.

New Orleans, Louisiana, this _____ day of December, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT